UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

JALEO MANAGEMENT LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020
```

20 Civ. 2066 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' joint letter, ECF No. 8, it is hereby ORDERED that:

1. By **May 25, 2020**, Defendant shall answer or otherwise respond to the complaint.

2. The initial pretrial conference scheduled for May 12, 2020 is ADJOURNED to **June 8, 2020**, at **10:40 a.m.** By **June 1, 2020**, the parties shall submit their joint letter and proposed case management plan.

3. The initial pretrial conference will proceed in accordance with the Court's Emergency Rules and Practices in light of COVID-19. Accordingly, it is ORDERED that at 10:40 a.m. on June 1, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

    Moreover, to protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is further ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are strongly encouraged to engage in discovery through remote means at every available opportunity.

The Clerk of Court is directed to terminate the motion at ECF No. 8.

SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge