UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,

          Plaintiff,

–against–

JALEO MANAGEMENT LLC,

          Defendant.

20 CV 2066 (AT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 4l(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

Dated: New York, New York
       August 5, 2020

 

                                                           LAW OFFICE OF JUSTIN A. ZELLER, P.C.

                                                           By: /s/ Justin A. Zeller
                                                           Justin A. Zeller
                                                           jazeller@zellerlegal.com
                                                           277 Broadway, Suite 408
                                                           New York, N.Y. 10007-2036
                                                           Telephone: (212) 229-2249

Dated: New York, New York                Facsimile: (212) 229-2246
      August 5, 2020                       **ATTORNEYS FOR PLAINTIFF**

|  |  |
|---|---|
| | LITTLER MENDELSON P.C. |
| | By: */s/ M. Capo*  |
| | Matthew R. Capobianco |
| | mcapobianco@littler.com |
| | 290 Broadhollow Road |
| | Suite 305 |
| | Melville, NY 11747 |
| Dated: Melville, NY | Telephone: (631) 247-4736 |
| 8/5/2020 | Facsimile: (631) 293-4526 |
| | **ATTORNEYS FOR DEFENDANT** |

**So ordered.**

Dated: New York, New York

_____
Analisa Torres,
United States District Judge

2